# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

Lou Tyler, Plaintiff Appellant,

v.                              Appeal No. 16-11295 from USCD No.3:16-1836

Ocwen Loan Servicing, LLP; Deutsche Bank, Defendants,
   Appellees.

## PETITION FOR FIFTH CIRCUIT APPEALS REHEARING

**REQUEST FOR REHEARING**

   I, Lou Tyler, am hereby requesting a REHEARING of my case listed above, as I am beseeching the judges to read my entire Brief on this precious case, again, in its entirely.  Indeed, I submitted approximately 100 pages or more in my documents.  Seemingly, these big-timed rich mortgage and bank companies always or almost always seems to win over these little, old, elderly, disabled, struggling homeowners.

**REQUEST FOR NEW SET OF JUDGES TO READ MY BRIEF**

   I am hereby requesting that the previous judges who dismissed my two cases and a new set of impartial judges be assigned to my appeals and read my 2 BRIEFS entirely, re-consider, re-think on a point of view that would be fair and impartial to this plaintiff, appellant struggling, disabled, elderly homeowner.

**MY APPEALS ARE NOT FRIVOLOUS.**

   I, profusely disagree that my appeal cases are not "frivolous."  It is not frivolous that

-2-

my children and I have been fighting and pleading with these courts in Texas to be fair and impartial to me as a disabled, struggling, elderly homeowner who put a $20,000 down payment on home which was too much. It is not frivolous that my children and grandchildren have suffered mental and emotional pain fighting legally about 10 banks and mortgage companies which courts are not adhering to the Consumer Finance Protection Bureau rules and regulations and the Texas 4 year statute of limitations and time-barred debt that it is too late for any company to bring any negative procedures against me or my home. It is not frivolous that my children, dogs and I are in immediate and irreparable danger of being ONE cardboard boxes away from being homeless. (SEE BOTH MY BRIEF IN THEI ENTIRETY.) SEE MY POEM ONE CARDBOARD BOX FROM BEING HOMELESS.

It probably won't do me any good, anyway, but I PRAY TO GOD that the Court, you Honorable Judges will be fair, and impartial and RE-HEAR MY CASE AND VOTE for the little person for a change. AMEN AMEN AMEN.

*Lou Tyler 11-3-17*

## CERTIFICATE OF SERVICE

I have mailed a copies of this Petition for Rehearing by U.S. Mail on Friday, November 3, 2017 through certified mail and copy to the Attorney Lockelord; Dallas, TX representing the defendants

*Lou Tyler 11-3-17*

# One Cardboard Box From Being Homeless

One cardboard box from being homeless,
That's what I will be,
If I lose my precious home, I'll be out on the tough streets
of Big D.
It's not fair the mortgage company treats me,
Promised me a loan mod, but never gave a workable one
to me.

One cardboard box from being homeless

Trying to charge me $304,000 for a house original note was only
$95,000. Market value of house is 156,000, upside down,
Just like my life, upside down and turned all around.
Homeless, hopeless, and helpless is what I'll be,

If I get thrown out on these rough streets of Big D.
Sad thing about it I even got college degrees,
But, I'm disabled and in my 60's.
Most of all my family has died, you see.

My home has been flipped, dipped, skipped by so many mortgage companies and banks.
They've stressed me out, caused light heart attacks, driven over me with their iron tanks.
I don't want to live in Tent City on the ground, sleeping under a big nasty tree.
Mosquitoes, flies, other homeless people searching trash dumpsters for something to eat.
My children and grandchildren will be homeless too, you know.
And my puppy dogs will be roaming the streets with no where to go.

One cardboard box from being homeless is what I'll be.

So I hope some kind person will find justice for me,

**And order the mortgage collection company to leave us be. Because I don't want to live under the highway and bi-ways, Homeless, Helpless, and Hopeless hoping someone will throw a few crumbs my way.**

**Yeah, I'm one cardboard box from being Homeless, you see! Homeless, helpless, and hopeless, will you come visit me?**

*[signature] 11-3-17*

## STATEMENT OF THE ISSUES

Whether the district court, Northern District of Texas, Dallas Division erred in granting summary judgment in favor of Ocwen Loan Servicing, LLC and against this plaintiff, pro se, Lou Tyler, a homeowner fighting for her rights.

## STATEMENT OF THE CASE

**Statement of Facts**

I am claiming that the 4-year Texas Statue of Limitations has run out on Ocwen Loan Servicing and Deutsche Bank and Trust's efforts to foreclose on me and to collect on the erroneous debt they state I owe. I'm claiming all of the laws, statues, and acts I've stated in my documents submitted by this brief. Sometime around December, 2004 and January, 2005 (See letters from various agencies), Ameriquest Mortgage Co., who had my loan at the time, (was sued by 49 attorney generals for mortgage fraud in a class action lawsuit, started miss-posted my payments and not giving me credit sometimes. Their agents said they miss- posted payments and wanted me to send it my mortgage note twice. Other incidents include when Ameriquest returned a payment or more and told me they didn't want my money, but wanted to foreclose. I've had various mortgage companies and loan servicing companies who acted as mortgage collectors during the past several years. After flipping my house, promising loan modifications that they didn't give me; stalling on giving me receipt books and credit for some of my payments in the past; changing representatives; stating they lost my loan mod papers. Meanwhile various mortgage companies were charging me exorbitant interest and late fees and their own attorney fees,

**2.**

adding to my bill. At times they would sneak and try to foreclose on me without giving me notice. I'm also stating (See my entire brief for detailed explanations) that I am requesting clear and free title to my mortgage deed/title, and any monies or other awards, etc. I should receive due to the fact that the defendants have broken rules and regulations and Acts, and the Statute of Limitations in Texas, time-barred debt has expired years ago, even before Ocwen started trying to collect on a debt that had been accelerated before they acquired my sub-prime bundled loan.

_Lou Tyler_  11-3-17

Lou Tyler

Tuesday, November 22, 2016

# **CERTIFICATE OF COMPLIANCE**

Pursuant to 5th CIR. R. 32.2.7(c), undersigned counsel certifies that this brief complies with the type-volume limitations of 5TH CIR. R. 32.2.7(b).

1. Exclusive of the portions exempted by 5TH CIR. R. 32.2.7(b)(3), this Brief contain less than 30 pages printed in proportionally spaced typeface. (In the alternative, for briefs prepared in monospaced typeface, you may certify the number of lines of text used.)

2. This brief is printed in a proportionally spaced, serif typeface using Times New Roman 14 point font in text and Times New Roman 12 point font in footnotes produced by Corel WordPerfect 6.1 software.

3. Upon request, undersigned counsel will provide an electronic version of this brief and/or a copy of the word printout to the Court.

4. Undersigned counsel understands that a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in 5TH CIR. R. 32.2.7, may result in the Court's striking this brief and imposing sanctions against the person who signed it.

_____<br>LOU TYLER

(SEE ENTIRE BRIEFS IN FILE)
(ATTACHMENTS) PARTIAL

# TABLE OF AUTHORITIES

## Cases

Barzelis v. Flagstar Bank, FSB.No. 14-10782 Fif.Cir(4/22/15)................

Consumer Financial Protection Bureau(CFPB) and 49 attorney generals and District of Columbia http://files.consumerfinance.gov/f/201312_cfpb_/consent-order_ocwen.pdf..................................................

Consumer Financial Protection Bureau, Dec. 19, 2013 CFPB article on Ocwen. CFPB enforces Dodd Frank Wall Street Reform Act and Consumer Financial Protection Act and state laws......................................................

Davis, Michael v. Wells Fargo U.S. Bank National Association as Trustee for the Structured Asset Investment Loan, Trust Loan Trust 2005-2011........

Lopez v. J.P. Morgan Chase Bank, NA, FI, 3DCA................................

Miller, James R. and Miller, Allene, plaintiffs vs. BAC Home Loans, defendants TX Debt Collection Act (TDCA)Tex Fin Code 392.304(a)...............

Miller, J and Miller, A vs. BAC Home Loans, the Texas Deceptive Trades Practice Act; Tex Bus and Com Act, sec 17.41 et seq. & Texas Common Law...

Murphy vs. HSBC Bank USA, No. H-12,3278-12, 2014 US. District, LEXIS 57612m SD TX, Apr. 23, 2014....................................................

Texas Fin. Code, sections 392.408(a)(8),14, 18,19..................................

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-11295
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2017
Lyle W. Cayce
Clerk

LOU TYLER,

                      Plaintiff−Appellant,

versus

OCWEN LOAN SERVICING, L.L.C.; DEUTSCHE BANK,

                      Defendants−Appellees.

Appeal from the United States District Court
for the Northern District of Texas
No. 3:16-CV-1836

Before SMITH, WIENER, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Lou Tyler moves for leave to proceed *in forma pauperis* ("IFP") in her

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal of the dismissal of her civil action against Ocwen Loan Servicing, L.L.C., and Deutsche Bank. Tyler's motion is a challenge to the district court's determination that her appeal is not taken in good faith. *See Baugh v. Taylor*, 117 F.3d 197, 202 (5th Cir. 1997).

Before this court, Tyler reasserts her claims that foreclosure on her property would be improper because the defendants are barred from enforcing their interest by the statute of limitations and that they have engaged in a variety of wrongdoings, including harassment, unfair and misleading representations, deceptive practices, illegal attempts to foreclose, non-validation of debt, and deliberate mishandling of her mortgage and financial documents. By merely reasserting her claims, Tyler fails to address the district court's certification that her appeal was not taken in good faith and the district court's reasons for its certification decision. *See Baugh*, 117 F.3d at 202. In particular, she does not factually or legally challenge the district court's determination that Tyler's civil action is barred by res judicata.

*Pro se* briefs are afforded liberal construction. *See Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993). Nevertheless, when an appellant fails to identify any error by the district court, it is the same as though the appellant had not appealed that issue. *See Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Because Tyler has failed to challenge the certification that her appeal is not taken in good faith and the reasons for such a certification, she has abandoned the issues in the appeal. *Id.*

The appeal lacks arguable merit and is frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Accordingly, Tyler's motion to proceed IFP is DENIED, and the appeal is DISMISSED as frivolous. *See Baugh*, 117 F.3d at 202 n.24; 5TH CIR. R. 42.2.